IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**OMALEE LYNN**, as Personal Representative
of the Estate of Bobby Lynn, Deceased,

      Plaintiff,

  v.                                Case No. 3:06cv217/RV/EMT

**SECURITY INSURANCE COMPANY OF
HARTFORD**, etc.,

      Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of the stipulated notice of voluntary dismissal filed pursuant to Rule 41(a), Federal Rules of Civil Procedure, this case is now DISMISSED, without prejudice and without taxation of costs.

DONE AND ORDERED this 6th day November, 2006.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **Senior United States District Judge**